FILED

NOV 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHNNY CLIFFORD JACKSON,<br><br>    Petitioner-Appellant,<br><br>v.<br><br>CALIFORNIA BOARD OF PAROLE HEARINGS,<br><br>    Respondent-Appellee. | No.   16-15559<br><br>D.C. No.<br>2:15-cv-00609-KJM-KJN<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before:    CANBY and SILVERMAN, Circuit Judges.

The request for a certificate of appealability is denied because appellant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 132 S. Ct. 641, 648 (2012).

In order for a district court to consider a second or successive 28 U.S.C. § 2254 petition, this court must first authorize the district court to consider that petition. *See* 28 U.S.C. § 2244(b)(3). The Clerk shall serve this order and a copy

of the standard form application for leave to file a second or successive petition on appellant.

Any pending motions are denied as moot.

**DENIED.**